In the Matter of JOHN J. KILCOYNE, Respondent, against WALTER J. LOHR, as Mayor of the City of Lackawanna, et al., Appellants.

(Argued October 3, 1929; decided October 22, 1929.)

*John W. O'Connor, Corporation Counsel,* for appellants. *David Diamond* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.